LAMOILLE COUNTY SAVINGS BANK AND TRUST CO. *vs.*
MURRAY BUCK, et al.

January Term, 1897.

Present: ROSS, C. J., TAFT, ROWELL, TYLER and MUNSON, JJ.

*Appeal from Chancery.*

No appeal lies to this court from the court of chancery upon the taxation
of costs alone.

PETITION to foreclose a mortgage.  Heard as of the April
Term, 1895, Lamoille County, upon an appeal from the
clerk's taxation of costs.   *Start,* Chancellor, disallowed
certain items in defendant Hunt's bill of costs, from which
disallowance he appealed.

*P. K. Gleed* for the petitioner.

*B. A. Hunt, pro se.*

TAFT, J.  It appears from the record in this cause that no
appeal was taken from the final decree.   It is only from such
a decree that one can be had.   V. S. 981; *Nelson* v. *Brown,*
59 Vt. 600.   The cause, therefore, is not properly in this
court and should be remanded to the court of chancery.
The appeal was taken from the taxation of costs only, and
will not lie.   *Mott* v. *Harrington,* 15 Vt. 185.   The court
rarely if ever reverses a decree on the question of costs
alone. *Hastings* v. *Perry,* 20 Vt. 272; *Sanborn* v. *Kittredge,
ibid* 632; *Sanders* v. *Wilson,* 34 Vt. 318; *Lamoille Valley R.
Co.* v. *Bixby,* 57 Vt. 548; *Flannery* v. *Flannery,* 58 Vt. 576.

*Appeal dismissed and cause remanded.*